(Time Stamp
Return
please)

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO**

RECEIVED

JAN 10 2020

RICHARD W. NAGEL
Clerk of Court
CINCINNATI, OHIO

Marquez B. Perry
(ENTER ABOVE THE NAME OF THE PLAINTIFF IN THIS ACTION)

IF THE PLAINTIFF IS A PRISONER:     PRISONER # a560-001

vs.

State of Ohio, O.D.R.C, Chief Inspectors office
(ENTER ABOVE THE NAME OF THE DEFENDANT IN THIS ACTION)

IF THERE ARE ADDITIONAL DEFENDANTS PLEASE LIST THEM:

Warden Warren Correctional Inst.
Lt Little Warren Correctional Inst.
Case Manager Mr Furnier Warren Correctional Inst.
Kevin Freeman Inmate at Warren Correctional Inst.
Investigator Office at WCI
Inmate Issac Harris WCI

1:20 CV 30

J. BLACK

**COMPLAINT**

M.J. LITKOVITZ

I.     PARTIES TO THE ACTION:

PLAINTIFF:     PLACE YOUR NAME AND ADDRESS ON THE LINES BELOW. THE
ADDRESS YOU GIVE MUST BE THE ADDRESS THAT THE COURT MAY
CONTACT YOU AND MAIL DOCUMENTS TO YOU. A TELEPHONE
NUMBER IS REQUIRED.

Marquez B. Perry
NAME - FULL NAME PLEASE - PRINT

Warrec Correctional Institution
ADDRESS: STREET, CITY, STATE AND ZIP CODE

P.a 120 Lebanon Ohio 45036

513-438-4255
TELEPHONE NUMBER

IF THERE ARE ADDITIONAL PLAINTIFFS IN THIS SUIT, A SEPARATE PIECE OF PAPER
SHOULD BE ATTACHED IMMEDIATELY BEHIND THIS PAGE WITH THEIR FULL NAMES,
ADDRESSES AND TELEPHONE NUMBERS. IF NO ADDITIONAL PLAINTIFFS EXIST CONTINUE
WITH THIS FORM.

PAGE 2 AND 3 OF THIS FORM DEAL ONLY WITH A PLAINTIFF THAT IS INCARCERATED
AT THE TIME OF FILING THIS COMPLAINT.

IF YOU ARE A PRISONER FILING A CIVIL SUIT THE FOLLOWING INFORMATION IS REQUIRED:

PREVIOUS LAWSUITS:

    A.    HAVE YOU BEGUN OTHER LAWSUITS IN STATE OR FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION OR OTHERWISE RELATING TO YOUR IMPRISONMENT? YES ( ) NO (X)

    B.    IF YOUR ANSWER TO A IS YES, DESCRIBE THE LAWSUIT IN THE SPACE BELOW. (IF THERE IS MORE THAN ONE LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THE SAME OUTLINE.)

        1.    PARTIES TO THIS PREVIOUS LAWSUIT

            PLAINTIFFS:

            DEFENDANTS:

        2.    COURT (IF FEDERAL COURT, NAME THE DISTRICT: IF STATE COURT , NAME THE COUNTY)

        3.    DOCKET NUMBER

        4.    NAME OF THE JUDGE TO WHOM THE CASE WAS ASSIGNED

        5.    DISPOSITION (FOR EXAMPLE, WAS THE CASE DISMISSED? WAS IT APPEALED? IS IT STILL PENDING?)

        6.    APPROXIMATE DATE OF THE FILING OF THE LAWSUIT

        7.    APPROXIMATE DATE OF THE DISPOSITION

PLACE OF PRESENT CONFINEMENT

Warren Correctional Institution

A.  IS THERE A PRISONER GRIEVANCE PROCEDURE IN THIS INSTITUTION?
    YES (X) NO ( )

B.  DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT IN THIS STATE
    PRISONER GRIEVANCE PROCEDURE? YES (X) NO ( )

C.  IF YOUR ANSWER IS YES:

    1.  WHAT STEPS DID YOU TAKE?

        Wrote greviance to ODRC, on
        four separate Occasions to the
        Chief inspectors office

    2.  WHAT WAS THE RESULT?

        They have failed to respond for
        almost 6 months

D.  IF YOUR ANSWER IS NO, EXPLAIN WHY NOT.

E.  IF THERE IS NO PRISON GRIEVANCE PROCEDURE IN THIS INSTITUTION, DID
    YOU COMPLAIN TO PRISON AUTHORITIES? YES (X) NO ( )

F.  IF YOUR ANSWER IS YES:

    1.  WHAT STEPS DID YOU TAKE?

        I wrote Kites, Informal Complaints,
        grievances and everything I could to
        any prison official I could.

    2.  WHAT WAS THE RESULT?

        I was largely ignored except that the
        Investigator office at the prison
        Did substaniate my rape allegations

DEFENDANTS:

PLACE THE NAME AND ADDRESS OF EACH DEFENDANT YOU LISTED IN THE CAPTION ON
THE FIRST PAGE OF THIS COMPLAINT. THIS FORM IS INVALID UNLESS EACH DEFENDANT
APPEARS WITH FULL ADDRESS FOR PROPER SERVICE.

1. State of Ohio Department of Corrections an rehabilitation
NAMES - FULL NAME PLEASE

ADDRESS - STREET, CITY, STATE AND ZIP CODE

2. Warden, Warren Correctional Institution
P.O. Box 120 Lebanon Ohio

3. Shift Lt little, Warren Correctional Inst.
P.O. Box 120 Warren Correctional Institution Lebanon Ohio 45034

4. Case Manager Mr Fornier, Warren Correctional
P.O. Box 120 Lebanon Ohio 45036

5. Investigators Office, Warren Correctional Inst.
P.O. Box 120 Lebanon Ohio 45036

6. Kevin Freeman Inmate W.C.I
P.O. Box 120 Lebanon Ohio 45036

IF THERE ARE ADDITIONAL DEFENDANTS, PLEASE CONTINUE LISTING THEM.

Inmate Issac Harris

Warren Correctional Inst.

**STATEMENT OF CLAIM**

PLEASE WRITE AS BRIEFLY AS POSSIBLE THE FACTS OF YOUR CASE. DESCRIBE HOW EACH DEFENDANT IS INVOLVED. INCLUDE THE NAME OF ALL PERSONS INVOLVED. GIVE DATES AND PLACES.

DO NOT GIVE ANY LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.

IF YOU HAVE A NUMBER OF DIFFERENT CLAIMS; PLEASE NUMBER AND SET FORTH EACH CLAIM IN A SEPARATE PARAGRAPH. USE AS MUCH SPACE AS YOU NEED. YOU ARE NOT LIMITED TO THE PAPERS WE GIVE YOU. ATTACH EXTRA SHEETS THAT DEAL WITH YOUR STATEMENT CLAIM IMMEDIATELY BEHIND THIS PIECE OF PAPER.

I was raped while at Warren Correctional Inst. And I Believe prison officials Before, During and afterward violated P.R.E.A. or the prison rape elimination act. 1st, 8th and 14th admendments

I have written several Complaints, Kites, grevances, and appeals to the Chief Inspectors offices, ~~oral kite~~ these Four greviances have Been ignored By the chief Inspectores office At this time.

I have several Kites, informal Complaints and greviances to Back up my claims. I have The Investigator office who substaniated my PREA claim, I have the Inspectores office who confirmed my Confidential PREA statments were Somehow leaked to officers and inmates

I have medical reports as well as other evidence to show I was Beaton up several Times for reporting my rape.

I have several Kites and Complaints informing the Defendants of the dangers I was In

This is what happen to me in more Details and I can prove what Im say is true.

continue →

**RELIEF**

IN THIS SECTION PLEASE STATE (WRITE) BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT, CITE NO CASES OR STATUTES.

I ask this Court to allow my case to go to
a trial Before a civil Jury or Judge,
Appoint me Cansel As I can't afford one
Issue a monetary Judgement against the
defendants as the Court or Jury sees fit,
Order defendants in the Future to enfurce
P.R.E.A. Laws better So that people can get
Justice and be able to not Be shamed
and Beaton up for reporting their
rapes while In prison.
Also issue me Protective Custody in
O.D.R.C. Because there have Been several more
threats on my life.
Plaintiff prays this court issues
Said relief

SIGNED THIS 26 DAY OF December 20 19

SIGNATURE OF PLAINTIFF

I was Raped while here at W.C.I, and I feel prison officials actions caused Before, During and after, this situation violated P.R.E.A. prison rape elimination Act, as well as 1st 14 and 8th admendments

A) This cause me A) To not get Justice and have this Man prosecuted. B) (my rapist)

B) Caused me to get Beaten up Because my confidential records leaked to inmates and staff

C) Caused great Phisical, Emotional, Mental pain throughout this situation.

My Case was substantiated By the investigators office and the other inmate was written a conduct report and Found to be guilty.

The Warren County prosecutors office Declined to Indict this Man even though he took a lie detector and thier was deception indicated. the following day I tried to report this to prison officials that I was raped namely shift Lt Little, Case Manager Furnier and a Officer.

On or around July 10, 2019 I told these officials I have a PREA complaints Lt little asked me did I know what PREA was I told him yes.

I was then placed into solitary Confinement and Told to wait. I assumed that I would be interviewed By someone. After Close to a week and with much thought I kited the Wardens office. To them the I had a complaint If my allegations would have been taken more seriously

that initial day there would have been a better investigation and more evidence such such as a rape kit, DNA and other other things that could have made the case against this Man More solid. Instead I was left in the hole for this to brew on my mind. After some time I was then interviewed by 2 shift Captains 1 Lt and a CO. instead of prea Investigators.

During this discussion with these Men I tried to tell the sexual things that lead to my rape. It was clear to me During this meeting that these Men did not want me to report this. They told me it was only one time and that no prosecutor would take the case. That I would have to wait In the hole while they investigated. So I could go to the hole or sign a "Voluntary Statement" Saying there was no Prea and I said this to get out the cell with this Gay Man Inmate Freeman (My Rapist) I signed Because there was pressure and I didnt want to go to the hole. So I figured Id report to someone else. Also the "Voluntary Statement" made No sense Because A) I Been locked up 14 years and everyone Knows Im not in a gang- and B) I wasn't in the cell with inmate Freeman at the time I reported. So any reasonable Investigator could see this was not true.

I then called the PREA Hotline and again tried to report as well as wrote a tip to the Insti. Investigators office. At this time My allegations were taken seriously and I was interviewed by trained PREA Investigators.

A few days told Later my cellmate inmate Harris Confronted Me and knew the full details of my

Confidential P.R.E.A statements. Inmate Harris used this information to intimidate and humilate Me. He Also tried to get me to Do sexual things to him. I wrote informal Complaints to the investigators office asking how this Man Could know the ful details of My confidential statements. I then filed a grewence with the Inst. Inspector who told me that It must have got passed By word of Mouth Because "people talk" and that During her investigation the inmate told her C.O.'s told him (see my greviance attached)

I informed the Inspector that Inmate Harris was using this information to intimidate me into Doing sexual things I Did not wish to Do. This Inmate was then moved out my cell. However 2 Months later this Same Inmate Harris was moved Back into my cell as my cellmate. This inmate again tried to intimidate me into doing things. I went to my Unit Manager who told me he would try to get him moved But never did.

On Nov 4, 2019 this inmate Confronted me that I filed PREA on "Hitter" AKA Inmate Freeman (my rapist). And that "Hitter" was his "people" and I needed to tell investigators that the sex was consenual. I told him I Didn't know what he was talking about. Around 9:00 lock Down he became Very aggressive toward me. (I know these cameras work very well so you can go and look) and Told me to come into the Jpay room on 1B. I refused. when we locked down he attacked me punching me in the Face

the stammed me to the ground and @ kept punching me and smashed my finger Which is still injured.

I went to medical around 10:30pm On Nov, 4, 2019 with a split head and several cuts and Bruises. and my finger was smashed. They @ patched me up and they knew I was fighting. The CIO was gone to give me a cell move But a Supervisor "Sandman" Come and told me if I say anything about a Fight I would go to the hole immediately and he wasn't Moving the cell. Told me to sign a "voluntary statement" In it I said "Im not afraid of my celly and I wasn't fighting". which was true Because I wasn't scared and I didn't Fight Back. So I was sent to a Holding cage Being placed into TPU, with my rapist. I refuse to strip out and told them All about my PREA Situation and why I was beaten up, They call and tell "Sandman @" and magically Im not going to the whole But Back to the same Block,

Inmate Harris Informed me in the celly "Thats For "Hitter" you better tell them it was consenual," I Later Found out my rapist was offering people $500 to silence Me and Beat Me up.

An Incident report was written By Medical, the Block officer as well as "Sandman". My cellmate Did not have on scratch on him.

I was Beaton up two other times For me reporting I only told my "Mental Health" person Dr. Harrison.        (12-26-19)

As of Today My attacker sleeps to night across from me and every time I look out my

Door I see them evil eyes and relive the whole thing. they Did Move this person who was upset and Believed I told officials to Move him, He Became very verbally abusie with me and humiliated me infront of the entire Block, Saying very Nasty things, As Im Walking to my cell and the whole Block Stare at me I couldnt Believe this was happening.

He Also told my celly Im a Fag and a Snitch and he should Beat me up. My celly is 3 Times my size

Since I reported and Due to the leak of my case "confidential statements" I have Been harrassed and mocked By Staff and inmates Because Im not considered Soft a Fag and a Snitch By everybody Because of me Being raped.

Although the rape was the Worst thing to happen I Believe that How I was then treated By officials and inmates was Just as Bad as the rape, I cant even get Justice in criminal court even though he took a lie detector and "deception was indicated" dispite the Investigater office at WCI substantiating my claims and issuing my rapist a "Conduct report" and him Being Found guilty By R.I.B.

Officials were negligent on several occassions #1) I Should have never been Moved to WCI, as Im from Youngstown and earned a transfer close to home. Instead I was moved Furthest From home Despite not getting into any trouble.

#2) I wasn't supposed to be in the cell with Inmate Freeman In 3D Because (A) I Already was Found "Not Guilty" By The Rule Infractions Board for the ticket I was placed in that cell for. (B) I still have the "Not Guilty" Disposition By RIB. B) It was already passed the 30 day punishment from the time I went to RIB So I should have Been Moved to a regular Dorm at the time I was roped. C) I wrote several Complaints trying to get moved out the cell with this Man. D) I have a a kite from Unit Manager Crosby approving my move with his signature. But he left the enforcement of the Move to Case Manager Farnier who refused to honor the Move. (grevance was written) (Still have kite Also)

#3) IF my report would have been taken seriously and I Been able to talk to Investigators as required By PREA on July, 9 2019 there could have Been a rape kit and DNA and other evidence gathered. The case against my rapist in criminal Court would have Been rock solid Instead he got away with roping me except time in the hole

#4) When I wrote the Wardens office about PREA complaints I should have Been interview By Trained investigators not Corrections Officers.

#5) My Confidential statement about PREA should not have Been made know to anyone outside the investigators office especially not inmates who are hostile toward "snitching".

#6) I should have Been transferred after my Several Complaints to Prison officials about my safety

I wrote several people Including But not limited to) Unit Managers, chief Inspectors office, Bureau of Classification the Deputy Warden, and everybody who would listen.

#7) I wrote several complaints and greviances Inmate Harris should have never been placed Back into my cell to Beat me up for my rapist

#8) I should never have Been in the same Block right across from my abuser. From Dec 19 thru 26 2019 He would never have Been able to verbally abuse me and humiliate me in front of everybody. And tell everybody all these embarrassing things about me.

#9) I should have Been moved out of this situation Because I made my concerns know to Staff. Im known as the Guy who got raped and I was verbally abused pnusical abused By several Inmates I kept trying to Alert people.

I was retaliated against By Inmates and staff alike I was repeatedly humilated about Being raped Told I was a whimp By C.O. Shostak, referred to as the human pinyata By C.O. Miller. Corrections officers put extreme pressure on me not to report. I reported anyway and also told on those officers about how they tried to silence me, Mysteriously my T.V. was Broken while in officers Custody right after I reported all these things.

They threatened to place me in the hole and told me no prosecutor would take my case and it was nothing Because it was only one time, Got me to sign a statement that wasn't at all Based in fact or realty.

Once I reported 2 days later inmates were in possesion of the Confidential Statements made to PREA Investigators. According to the Inst. Inspector the "C.O.'s told him" my prea statement was priviledged the relaliation from staff and inmates and my rapist violated the First admendment. I was called the human Pinyata By C.O. Miller Because of the amount of times I was Beaten up

My cell searches and pat down were increased. I was repeatedly harrassed By C.O. Shostak. Who placed Inmate Harris Back into my cell knowing he was hostile to me about my PREA Case. prison officials knew about the grevance I wrote on this issue. This Man Severly Beat me up days after they placed him Back into my cell. Tried to pull my

pants Down saying "give me that ass" and I'm gone take "that ass like hitter did", Inmates on the yard constantly threatened me and humilated me.

My rapist was even moved into the same housing Unit as me. he slept right across from me. Every time I went to the window and saw his evil eyes Staring Back at me I relived the whole rape.

Once he learned he wasn't Being Indicted he Began Taunting me and Laughing at me saying I liked It.

From about 12-19-2019 until 12-26-2019 he slept Directly across from my cell. On 12-26-2019 I went to speak with prison Investigater who told me they would move him. I was walking Back unto the housing Unit they told him he had to move he was very upset and Began taunting me and saying very hurtful things about the rape and saying I was a snitch annoucing all this to the entire housing Unit. Everybody is Just staring at me. I couldnt Believe this was happening.

Prison Officials Should have never placed me and my rapist in the same housing Unit

As of Today Jan-2-2020 I have repeatedly asked prison officials For access to the kiosk machine to exhaust the prison greivance process on these issues and I'm Being Denied access to the Kiosk I Feel this is Because they are aware what I want to file a grevance For and why. I have Filed 5 greivances But I need to File 3 more and they Wont let me on the Kiosk I have Many Kites to prove this.

I request P.C. status at this Time.

I feel all these things should have Been handled Better according to PREA Laws and it would have Saved me alot of Distress and stopped me From getting raped and Beaton up and verbally abused By Inmates and staff.

I Believe if prison official Would have Done their Job this would have Been prevented. I File this Lawsuit in hopes the next case is handled ~~Bett~~ Better.

Im writing this ~~@~~ Lawsuit Against the Warden who is responsible For what goes on here and I Tried to Alert the Warden Personally. Who would Be responsible For ~~@~~ enforcing PREA Laws

Instead of Being transferred Due to my many Concerns. I was Forced to Do something Stupid Just to get out of this hostile enviroment

I Dont Know All My rights and I need a Lawyer. I Feel I have Been wronged and I ask this Court For said relief

$10,000,000.00

An Indictment against my rapist

Protective Custody Status

Order For defendants to Enforce PREA properly

Punitive Damages

Injuction relief

As well as a Jury trial

Promotion for Investigator Jones as he was the only one to actually Do his Job. and treated me with Dignity

Basis for relief

The federal Basis for this complaint are Based on Eighth Admendment and fourthteenth Amendment and PREA violations. First admendment retaliation claims.

Plaintiff sues the shift Lt little, case manager Fornier, the Warden Both in official capacity and personal capacity

plaintiff seeks injuction relief, punitive relief, monetary relief

Claims are sexual assault, harrassment, retaliation Claim mishandling of my PREA case, personal Injury

Because of defendant neglect, I was raped, I failed to get Justice, I was retaliated against, I was verbally abused By my attacher, my attacker paid people to Beat me up, my protected state ments were leaked to inmates. I was placed in the same Unit as my rapist
   I was mistreated and retaliated against By prison officials Because I reported and filed grevences
   Inmate Harris was placed Back into my cell on Purpose By prison officials lnowing he was hostile Toward me about my PREA claims. this is retaliator
   If Warden Would have taken allegations serious I would have gotten Justice

People Involved

(State of Ohio) responsible for employies and Also Enforcing PREA as set forth By congress responsible to ensure (constitutional rights are protected)

(ODRC) responsible for enforcing PREA inside ODRC, responsible for ~~employ~~ its employees, should not have moved me to WCI, must protect constitutional rights

(Warden WCI) responsible for Enforcing PREA at the Insti where they are the Warden, ~~should not~~ responsible for employees at WCI. Should have taken Allegation serious when I filed kits to Warden

(Investigators office) should not have allowed my confidential statements to Be leaked to inmates.

(Kevin Freeman) should not have raped me should not have paid people to beat me up

(Case Manager Fornier) should have moved me out the Cell as his Boss approved in my kite. Should have taken me to Investigators on July 9 2019 when I said I wanted to file a PREA complaint

(Shift Lt Little) should have taken my initial allegation serious and sent me to speak with trained Investigators. ~~not~~ So I could get Justice

(Unit Manager Crosby) should not have moved me into the cell with ~~in~~ inmate Freeman and Also should have moved me out

(Unit Manager Sarwar) should have moved inmate Harris out my cell and Also transferred me for Safety reasons

(Deputy Warden Lineke) should have take softey concerns serioslly

(Bureau of classification) should have taken safety concerns seriously.

### Other people Involed.

1) (chief Inspectors office) Failed to protect my rights

2) (Investigator Jones) Substantiated my PREA allegations against Mr Freeman and issued him a Conduct report.

3) (Inspector Hill WCI) (retired) Confirmed During Investigation that inmates did infact know all about my Confidential statements

4) Worren County prosecutor

5) (Dr Harrison) Can test testify as to my mental state and things we talked about

6) (Inmate Harris) Should not have known about my case and shouldn't have Been replaced into my cell to Beat me up.

#7) other inmate witnesses

#8) C.O. miller who called me the "human pinyata" how much I was Beaton up

I respectfully ask that all "people Involved" and "other people Involved" Be issued subeanas

I marquez B. Perry ask this court to Order W.C.I
to Turn over the Foregoing evidence

Evidence needed

1) Inmate greivance # WCI 0819000010
Inmate greivance # WCI 0719 600215
Inmate grevance # WCI 0819 000012
Inmate greivance # WCI 0919 000031
Inmate greivance # WCI 0819 000011
From W.C.I Inspectors office

2) PREA case file of Attacker Kevin Freeman
and Victim Marquez B. Perry.
"Allegations Substantiated" WCI Investigator office
or Warren County Prosecutors Office

3) medical reports of Inmate Perry From
08/07/2019 — 11/02/2019 — 11/04/2019 — 11-18-2019 —
12/21/2019. medical Department W.C.I.

4) All Kites to Warden, Deputy Warden, UnitMangers
ODRC. Medical staff and all other relvant paper
Work to PREA case of Marquez B. Perry.

5) Jpay Tablet of Marquez B. Perry In Vault
pack up.

6) Camera Footage From Dec 26-2019 Unit 3D
around 10:00 am and 11:00 am.

# Timeline

Moved to WCI Feb of 2019. No conduct report was issued or reason given for being moved.

recieved Not Guilty verdict at RIB June 2019.

Still moved to 3D July 2019 into cell with Freeman
Same day asked prison officials to move me or Freeman
wrote kite to Unit Manager as required.

Unit Manager sends kite Back approving of move. (Still
have the kite.

@ Case Manager Fornier refuses to complete the Move.

Night of July 9 2019, I was knock uncondious
and raped By Inmate Freeman.

Morning of July 10th I refuse to cell with Freeman
and told Lt little Mr Fornier and the C.O. I wanted
to file a prea complaint. I was placed in the
hole and told to wait. Nobody ever came Back to
interview me.

July 15 2019 sent kite to Warden informing her
of this issue. Two or three days later Correction officers
pressure me into silence.

I called PREA Hotline told of assault

Also sent "Tip" to investigator

Signed Confidential statement with Investigator office
Placed in Unit 1B away from compound.

2 days later Confronted By Inmate harris who knew
full details of Confidential statement. threatened violence
tried to have sex with me. I wrote a greivance
Inmate was moved.

Instpectors office finding were it must have

gotton passed word of mouth Because "people talk"
Also told By Inmate he heard it From C.O.'s
wrote More Complaints and kites

Nov 2019 Inmate harris Is purposley moved back
into my cell. On Nov 4 2019 Inmate harris Beat
me up Badley over my prea allegations,
Went to Medical 10:30 pm with split head crushed
finger cuts, Bruises, Inmate Harris had no injuries
Inmate Freeman took like Detctive about rape and
deception indicated.
Nov 11 2019 I was placed in Seg and Denied
right to send Details to Tip line through the kiosk.
Evidence Still in my property
Dec 2019 told me to talk to grand jury
Dec 19 2019 my rapist moved into same Unit
Dec 26 2019 Told my PreA allegations were Substantiated
By Investigators office. Told no Indictment For rapist
Dec 26 2019 en way Back From hearing
this news taunted By my attacker about no
Indictment, how I liked It and all type of
things infront of Entire Block.

Keep asking For kiosk time and Being Denied.
thats the Only way to File grevance.
Sent Many kites Few returned.

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Marquez B. Perry )
_____ )
*Plaintiff* )
v. ) Civil Action No.
State of Ohio Warden ODRC, )
_____ )
*Defendant* )
plus employees and heven Freeman

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: "people Involved" and other people Involved" named in the
*(Name of person to whom this subpoena is directed)* Lawsuit

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Courtroom No.: |
|---|---|
| | Date and Time: |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*: ALL Kites, Informal Complaints, grevances and All Documents related to PREA Case of Marquez Perry at W.C.I.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

                CLERK OF COURT

                                    OR

_____        _____
*Signature of Clerk or Deputy Clerk*              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
_____ , who issues or requests this subpoena, are:

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

I am Being Denied access to the
kiosk Machine to file a PREA Claim
I've Intel the inspector 2 weeks ago
I Also would like to file a ICR
I Also wrote a letter to columbs
Telling them Im Being Denied
I Also have evidence about my
PREA Claim that would help the
Investigators office Its on my JPay Tablet
I wrote him But Im Being Denied to send It
this has Been Going on For over
a month. Perry Slocum

Inspector says this
has been resolved.
Vance

↑
Wrong

Perry Slocum

## KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.

2. Write only to the Department that handles the problem you have. Others will merely forward your kite.

3. State your problems clearly and completely and thereby get immediate attention.

4. Avoid duplication of Kites. Writing to more than one office abot the same thing will not obtain any faster attention.

5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.



| Number: Ste0001 | Name: Perry | Date: 1-26-19 |
|---|---|---|
| Unit: 3D Lock: 36l | Assignment: | |
| To: Major Vance | | |
| Issued By: | | |

**Fold Here**

| WARDEN | QUARTERMASTER |
|---|---|
| CASE MANAGER | |
| CLASSIFICATION | RECORDS |
| COMMISSARY | RECOVERY SERVICES |
| DEPUTY WARDEN ADMINISTRATION/ SPECIAL SERVICES/ PROGRAMS | RECREATION |
| DENTAL | RELIGIOUS SERVICES |
| **USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS DENTAL CARE** | |
| DEPUTY WARDEN OPERATIONS | |
| INST. INSPECTOR | |
| MEDICAL | UNIT MANAGER |
| **USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS DENTAL CARE** | |
| INVESTIGATOR | |
| JOB COORDINATOR | EDUCATION |
| LIBRARY | FOOD SERVICE |
| MAIL ROOM | |
| MENTAL HEALTH | OTHER |
| MAJOR | |

DRC 2003 (Rev. 08/2014)

KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.

2. Write only to the Department that handles the problem you have. Others will merely forward your kite.

3. State your problems clearly and completely and thereby get immediate attention.

4. Avoid duplication of Kites. Writing to more than one office abot the same thing will not obtain any faster attention.

5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.

KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.

2. Write only to the Department that handles the problem you have. Others will merely forward your kite.

3. State your problems clearly and completely and thereby get immediate attention.

4. Avoid duplication of Kites. Writing to more than one office abot the same thing will not obtain any faster attention.

5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.

Number: 54000l

Unit: 3D   Lock: 2o1

Name: Perry

Assignment: ___   Date: 11-27-19

Issued By: _____

To: Records

Fold Here

| CASE MANAGER | WARDEN | QUARTERMASTER |
| --- | --- | --- |
| CLASSIFICATION | DEPUTY WARDEN ADMINISTRATION/ | RECORDS |
| COMMISSARY | SPECIAL SERVICES/ PROGRAMS | RECOVERY SERVICES |
| DENTAL USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS DENTAL CARE | DEPUTY WARDEN OPERATIONS | RECREATION |
| | | RELIGIOUS SERVICES |
| MEDICAL USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS DENTAL CARE | INST. INSPECTOR | |
| TO ACCESS DENTAL CARE JOB COORDINATOR | INVESTIGATOR | UNIT MANAGER ___ |
| MAJOR | | EDUCATION |
| MENTAL HEALTH | LIBRARY | FOOD SERVICE |
| | MAIL ROOM | OTHER ___ |

DRC 2 705 (Rev. 08/2014)

KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.

2. Write only to the Department that handles the problem you have. Others will merely forward your kite.

3. State your problems clearly and completely and thereby get immediate attention.

4. Avoid duplication of Kites. Writing to more than one office abot the same thing will not obtain any faster attention.

5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.

I need copies of the following

IC.R's there greviances and thier appeals to the Chief Inspectors office

WCI 0819000010
WCI 0719060245
WCI 0819 000011
WCI 0819 000012
WCI 0719 000031

Check your offang. thens should be in there. If not ask the wcj Inspector or send this to Columbus. there is no Records Dept. here.

I need copies of my Lawsuit

Motion appointment of counsel

As well as Some Type of-
envelope to mail this out
in I will Sign Cash & Slip.

Can I have
names of pro
Bono legal people
who might take
my case Free of
Charge

I have relivent evidence in my
Dechup. How Do I get this
Also How Do I get copies
of Greviences I've Filed
about my case

I've been instructed
to not compile names of
attorneys as it can appear like
legal advice.

Cite the inspector
(Chamblin)

Also 8 copies of

Sypeona to Appear and testify at a
hearing or trial in a civil action form

A6 88

## KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.
2. Write only to the Department that handles the problem you have. Others will merely forward your kite.
3. State your problems clearly and completely and thereby get immediate attention.
4. Avoid duplication of Kites. Writing to more than one office abot the same thing will not obtain any faster attention.
5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.

Number: 560-001
Name: Perry
Date: 11-26-19
Unit: 3-D
Lock: 261
Assignment: Porter
To: Law library
Issued By: _(signature)_

**Form item**

| CASE MANAGER | WARDEN | QUARTERMASTER |
| CLASSIFICATION | DEPUTY WARDEN ADMINISTRATION/ | RECORDS |
| COMMISSARY | SPECIAL SERVICES/ PROGRAMS | RECOVERY SERVICES |
| DENTAL USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS DENTAL CARE | DEPUTY WARDEN OPERATIONS | RECREATION |
| | INST. INSPECTOR | RELIGIOUS SERVICES |
| MEDICAL USE HEALTH SERVICES REQUEST FORM, DRC5373 TO ACCESS DENTAL CARE | INVESTIGATOR JOB COORDINATOR | UNIT MANAGER |
| | | EDUCATION |
| MAJOR | LIBRARY | FOOD SERVICE |
| MENTAL HEALTH | MAIL ROOM | OTHER |

DRC 2005 (Rev. 08/2014)

## KITE PROCEDURE

1. Check with your Sergeant or Case Manager to see if this communication can be handled without a kite.
2. Write only to the Department that handles the problem you have. Others will merely forward your kite.
3. State your problems clearly and completely and thereby get immediate attention.
4. Avoid duplication of Kites. Writing to more than one office abot the same thing will not obtain any faster attention.
5. Kites are to be used only for communication between inmates and Institutional Staff and not for any other purpose.