**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| MARQUEZ B. PERRY, | : | Case No. 1:20-cv-30 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Timothy S. Black |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| WARDEN WARREN CORRECTIONAL | : | |
| INSTITUTION, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter is before the Court upon Plaintiff's Motion for Stay and Abeyance (Doc. #101); Plaintiff's Motion for a Stay and Abeyance (Doc. #103); Defendants' Response Opposing Plaintiff's Motion (Doc. #104); Defendants' Supplemental Response (Doc. #105); and Plaintiff's Reply (Doc. #106).

In Plaintiff's first motion, he asks the Court to stay his proceedings until his "current P.C. Investigation is Completed." (Doc. #101, *PageID* #1748). Plaintiff has had ample time for discovery and, as addressed below, will be given additional time for dispositive motions. Accordingly, Plaintiff's Motion for Stay and Abeyance (Doc. #101) is **DENIED**.

In Plaintiff's second motion, he requests a 90-day extension of time to file his dispositive motion and a 90-day extension of time to respond to Defendants' Motion for Summary Judgment. (Doc. #103, *PageID* #s 1753-54). According to Plaintiff, he has not had access to his case file, the law library, or a legal clerk. *Id.* Defendants oppose Plaintiff's motion, asserting that Plaintiff's request is unreasonable and not well-founded. (Doc. #104).

2

For good cause shown, Plaintiff's second motion (Doc. #103) is **GRANTED**.  Plaintiff's response to Defendants' Motion for Summary Judgment (Doc. #87) shall be filed by May 15, 2022.  Plaintiff's dispositive motion shall be filed by June 1, 2022.  <u>No further extensions will be granted</u>.  Plaintiff shall be provided access to his case file and legal resources in order to prepare his dispositive motion and his response to Defendants' Motion for Summary Judgment.

**IT IS SO ORDERED.**

April 11, 2022_____

*s/Peter B. Silvain, Jr.*_____
Peter B. Silvain, Jr.
United States Magistrate Judge