In The U.S. District Court Southern
District of Ohio

Marquez B. Perry                    Case NO: 1:20-CV-30
            Plaintiff

        V                           M.J. Silvain
                                    D.J. Marbley

Warden W.C.I. et al
            Defendants

                Letter to District
                Judge Marbley

Dear Judge Marbley I write this

letter pleading for your help. Your honor

Defendants are not fullfilling the settlement

agreements they Agreed to on Record

Before they Court.

#1) Defendants are not planning to transfer

plaintiff to a prison near Youngstown,

but plan to transfer plaintiff to MANCI

which is not what Defendants Counsel Told

This Court would happen. MANCI is about three hours away from Youngstown and poses a substantial risk to plaintiffs health and saftey. This is the very Danger plaintiff and Counsel (Mrs Barr) sought to avoid with the non Monetary Demands.

#2) Plaintiff <u>will not</u> be able to get a prison job because ODRC staff still have same job restrictions as before the settlement. These restrictions are in place until O.D.R.C. adminstration says otherwise.

#3) plaintiff <u>will not</u> be eligable For extra Food Boxes at level 3. (However plaintiff is willing to accept that if the Defendants are

willing to fullfill the other agree upon

materials in the settlement.

#4) plaintiff will Not have ODRC and the

Office of budget Management place ~~money~~

$5,000.00 on plaintiffs trust account

(Books) as the told the Court they

Would.

Your honer under these circumstances

plaintiff will not get not one of his

non monetary Demands, further ~~plan~~ ~~to~~ Defendants Do not

plan to "expidite" the Monetary Demand

onto plaintiff Books as they told the

Court they would. Instead now they plan

to Send the Money to one of my

attorneys who I have no contact with and who I have zero contact information for and who I only even spoke to one time when introduce herself. Plaintiff respectfully would rather ODRC Do what they told this court they would Do which work with the office of budget Management to have the money "expidited" (their word) to plaintiffs prison trust account (Books).

Your honor Defendants promised to send plaintiff to a prison near youngstown, However at this time plaintiff is scheduled to be transferred to MANCI which poses a substantial Risk to plaintiffs health and

Saftey. Plaintiff intial Demand was to be sent to Toledo as P.C. status or NEOCC. For saftey reasons plaintiff informed his counsel who informed Defense Counsel that the transfer Demand was mainly about saftey Concerns. Your Because plaintiff Cooperated with several Investigations that Dealt with this Case and plaintiffs Confidential Statements Did not remain Confidential he has Been repeatedley assaulted by prison gang members who labeled him a snitch. Your plaintiffs assaults By gang members are well Documented by ODRC medical staff. The injuries plaintiff has sufferred to date are

very extensive and very serious. Plaintiff
Tried to explain to his counsel that the
transfer request needed to be clear Due
to his saftey concerns. However their seems
to have been as misunderstanding. Defendants
may not be to blame For that. My Counsel
lead me to believe that I would be sent
to the requested prison but couldn't state
that for security ~~per~~ reasons. So I
Believed that I would be sent to NEOCC
when plaintiff agreed to settle.

Defendants Did Work with ODRC to
have plaintiff sent to T.C.I. However
plaintiff explain to ODRC. that this places

plaintiff in a very Dangerous situation because Some of the very gang leaders he is trying to avoid are the same one Controlling T.C.I, as previously stated plaintiff has been assaulted and very seriously injured several Times. Plaintiff has filed for P.C. several Times. Despite the Many assaults P.C. was Denied. Plaintiff has Constitutional right to be free from these ongoing attacks, which also pose Due process interest Because plaintiff could be Deprived of life if these assaults continue, which is why plaintiffs tranfer Demand was to go to Toledo P.C. status or NEOCC, where

the hostility from gangs is not as substantial.
Your upon plaintiff informing ODRC, of
the situation instead of them changing my
transfer to 1 of 2 prisons near Youngstown
as they told the Court they would and as
they settlement agreement says, They instead
are sending plaintiff to MANCI, which
not one of the prisons agreed upon. Your
honor a inmate name Terell Willis was sent
to NEOCC very recently, Sent to NEOCC
after 1st Being classed to MANCI So I
Doubt ~~~~~ it would be a problem For ODRC to
honor this portion of the agreement.
As far as the prison Job ~~~~ I need

Someone from ODRC to lift the restrictions on having a job off me or else no job. according to thier own staff. plaintiff will also sign paperwork if needed to cover any liability with respect to lifting the job restrictions in place because of PREA.

As far as the Food box. Plaintiff will not be eligable for a extra Food box as Defendants stated. This is according to thier own staff. However plaintiff is willing to withdraw this Demand if Concerns about his saftey can be addressed.

As far as the $5000.00 plaintiff respectfully would like for Defendants to honor

The Commitment they Made to place the Money on his Books. Plaintiff Does not understand a need to send the Monies to a attorney that plaintiff has no contact information for. Said attorney has no way to place the Monies on plaintiffs Books as she is not a approved visiter and even if she were she can only place $400.00 a month on plaintiffs books. at that rate it would take over a year. Why create more obstacles when ODRC. and the office of Budget Management could have The Money placed on my books as they told the Court they would.

Your I accept the Deal I made

#1) a transfer to prison near Youngstown

#2) Job oppurntunities at level 3

#3) Food Box oppurntunities at level 3

#4) $5,000.00 that would ~~B~~ Be placed

Directly on plaintiffs books From the

office of budget Management

~~xxx~~ ~~xxx~~ Your honor as of today

~~xxx~~ Oct-3-2023 Defendants are not

planning to Fulfill these agreements or

are not seeing to it that they are met

as stated to the Court.

I swear under penalty of perjury

the above is true to my knowledge

plaintiff

Your honor as stated I have no contact
information ~~xxxxx~~ For Diane Manashe and I
have never spoken to her except whe she
introduced herself and Also at the 2nd
Settlement hearing, I just would like
the Court to reopen the Case if
needed. I only have Contact with
abigail Barr and she understands my
position and is the only on to
Communicate with Me. I accept her
representation Because she is the only one
I Believe has Been Fighting For my rights.
No Disrespect to anyone Im Just trying
To protect my rights

Marquez Perry #56xxxx
P.O. Box 45699
Portsmouth Ohio
45699

Southern Ohio Correctional Facility
Outgoing Inmate Mail

COLUMBUS OH 430

10 OCT 2023 PM 4 L

US POSTAGE MI PITNEY BOWES

ZIP 45648  $ 000.87⁰
02 4W
0000388647 SEP 29 2023

U.S. District Court
100 E. 5th Street Rm 103
Cincinatti Ohio
45202

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4268

45202-397699

2 of 2