# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **MARQUEZ B. PERRY,** : | |
| : | |
| **Plaintiff,** : | |
| : | Case No. 1:20-cv-00030 |
| v. : | |
| : | Chief Judge Algenon L. Marbley |
| **WARDEN, WARREN CORRECTIONAL** : | |
| **INSTITUTION,** *et al.*, : | Magistrate Judge Peter B. Silvain, Jr. |
| : | |
| **Defendants.** : | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Marquez B. Perry ("Plaintiff") and Defendant Teague ("Defendant") (Plaintiffs and Defendant, collectively, the "Parties") hereby stipulate to dismissal of this action and any and all claims and counterclaims asserted therein *with prejudice*. Each of the Parties shall bear its own fees and costs associated with this litigation.

Respectfully submitted,

| | |
|---|---|
| */s/ Abigail J. Barr* | */s/ Chadd McKitrick (w/authorization)* |
| Diane M. Menashe (0070305) | D. Chadd McKitrick (0073750) |
| THE MENASHE LAW GROUP | Senior Assistant Attorneys General |
| 1330 Dublin Road | Criminal Justice Section |
| Columbus, Ohio 43215 | Corrections Litigation Unit |
| diane@menashelawgroup.com | 30 East Broad Street, 23rd Floor |
| T: 614-221-6500 | Columbus, OH 43215 |
| | Tracy.bradford@ohioattorneygeneral.gov |
| Abigail J. Barr (0092679) | T: 614-466-7991 |
| Sara K. Sams (100065) | Daniel.mckitrick@ohioattorneygeneral.gov |
| ICE MILLER, LLP | T: 614-644-7661 |
| 250 West Street | |
| Columbus, Ohio 43215 | *Counsel for Defendant Teague* |
| T: (614) 462-2700 | |
| Abigail.Barr@icemiller.com | |
| Sara.sams@icemiller.com | |

*Counsel for Plaintiff Marquez B. Perry*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing document was filed via the Court's electronic filing system this 12th day of January 2024 which shall subsequently serve all parties of record via electronic mail.

*/s/ Abigail J. Barr*
Abigail J. Barr (0092679)